IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JALEESA WILSON**                                                                            **PLAINTIFF**

**v.**                                   **CIVIL ACTION NO. 3:23-cv-316-CWR-FKB**

**TRIDENT HOLDINGS, LLC D/B/A
CAPTAIN D'S, MCLANE COMPANY INC.
D/B/A MCLANE FOOD SERVICE, INC.,
SOUTH STREAM SEAFOODS, INC.,
UNIDENTIFIED JOHN DOES 1-5**                                  **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

      This cause having come on for hearing on the motion *ore tenus* of the Plaintiff to dismiss her claims and causes of action with prejudice against all of the Defendants, and the Court, being advised that all claims and causes of action asserted by the Plaintiff against all of the Defendants have been compromised and settled to the satisfaction of the parties herewith and that there remain no issues to be adjudicated or determined by the Court, is of the opinion that said motion is well-taken, that said motion is hereby granted, and that the claims and causes of action of the Plaintiff against all of the Defendants should be dismissed with prejudice in their entirety.

      IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims against all of the Defendants and this action are hereby dismissed with prejudice with the parties to bear their own respective costs.

      SO ORDERED, this the 11th day of October, 2023.

                                            *s/ Carlton W. Reeves*
                                            U.S. DISTRICT COURT JUDGE

**AGREED BY:**

*s/ Tiffany Horton-Williams*
Tiffany Horton-Williams (MSB #105269)
Horton-Williams Law Firm, PLLC
P.O. Box 720653
Byram, Mississippi 39272

**ATTORNEY FOR PLAINTIFF**

*s/ Ivy E. Painter*
Jason H. Strong (MSB #100004)
Ivy E. Painter (MSB #106506)
Daniel Coker Horton & Bell, P.A.
4400 Old Canton Road, Suite 400
Jackson, Mississippi 39211-5982

**ATTORNEYS FOR TRIDENT HOLDINGS, LLC**

*s/ Nicholas D. Garrard*
Bill Patterson (MSB #4055)
Nicholas D. Garrard (MSB #102404)
Wilkins Patterson Smith Pumphrey & Stephenson, P.A.
P.O. Box 13429
Jackson, Mississippi 39236-3429

**ATTORNEYS FOR SOUTH STREAM SEAFOODS, INC.**

*s/ Clint D. Vanderver*
Roy H. Liddell (MSB #1252)
Clint D. Vanderver (MSB #101997)
Wells Marble & Hurst, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157

**ATTORNEYS FOR McLANE COMPANY, INC. AND McLANE FOODSERVICE, INC.**

/287574